IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK HOWARD, | § | |
| | § | No. 649, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, in |
| | § | and for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 0611014197 |
| Plaintiff  Below, | § | |
| Appellee. | § | |

Submitted: October 14, 2015
Decided:     October 21, 2015

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

On this 21st day of October 2015, the Court after careful consideration of the parties' briefs and oral argument on appeal, finds it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned October 27, 2014 Memorandum Opinion and Order.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice